# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| REYNOLDS PRESTO PRODUCTS INC., | Civil Action No. 20-2204 (JMV)(JAD) |
| Plaintiff, | Hon. John Michael Vazquez |
|  | Hon. Joseph A. Dickson |
| v. |  |
| QUARK DISTRIBUTION INC., |  |
| Defendant. |  |
| QUARK DISTRIBUTION INC., |  |
| Plaintiff, |  |
| v. |  |
| ePAC HOLDINGS, LLC, ADVANCED CONVERTING WORKS HOLDINGS, LLC, ADVANCED CONVERTING WORKS, INC., REYNOLDS PRESTO PRODUCTS INC. |  |
| Defendant. |  |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Reynolds Presto Products Inc., ePac Holdings, LLC, Advanced Converting Works Holdings, LLC, Advanced Converting Works, Inc. and Quark Distribution Inc. (collectively, "the Parties"), having settled their respective claims and disputes ("Settlement Agreement"), through their respective counsel, stipulate and agree,

subject to the Court's approval, that all claims and counterclaims in this action are dismissed, as set forth below.

## ORDER

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Plaintiffs and Defendants, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. All claims set forth in Reynolds Presto Products' Inc.'s Complaint as to Quark Distribution Inc., including the allegations and averments contained therein, are hereby dismissed with prejudice.

2. All claims set forth in Quark Distribution Inc.'s Complaint as to Reynolds Presto Products Inc., ePac Holdings, LLC, and Advanced Converting Works, Inc., including allegations and averments contained therein, are hereby dismissed without prejudice.

3. The parties expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order.

4. This Court has jurisdiction over the Parties for the purposes of enforcing this Stipulation and Order of Dismissal.

5. This Stipulation and Order of Dismissal shall fully resolve this action between the Parties.

6. Each party shall bear its own costs, expenses and taxes in connection with this action.

7. The Clerk of the Court is directed to enter this Stipulation and Order of Dismissal forthwith.

Dated: July 15, 2020

Respectfully Submitted,

| | |
|---|---|
| s/ David E. De Lorenzi<br>David E. De Lorenzi<br>Christine A. Gaddis<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, NJ 07102<br>(973) 596-4500<br>ddelorenzi@gibbonslaw.com<br>cgaddis@gibbonslaw.com<br><br>Daniel H. Shulman (*pro hac vice*)<br>John K. Burke (*pro hac vice*)<br>Allison M. Haas (*pro hac vice*)<br>**VEDDER PRICE P.C.**<br>222 N. LaSalle St.<br>Chicago, Illinois 60601<br><br>*Attorneys for ePac Holdings, LLC, Advanced Converting Works Holdings, LLC, Advanced Converting Works, Inc., and Reynolds Presto Products Inc.* | s/ Robert Feinland<br>Jeffrey Schreiber<br>**MEISTER SEELIG & FEIN LLP**<br>2G Auer Court<br>Williamsburg Commons<br>East Brunswick, New Jersey 08816<br>Tel: (732) 432-0073<br><br>Jeffrey P. Weingart (*pro hac vice*)<br>Benjamin D. Bianco (*pro hac vice*)<br>Robert Feinland<br>**MEISTER SEELIG & FEIN LLP**<br>125 Park Avenue, 7th Fl.<br>New York, NY 10017<br><br>*Attorneys for Quark Distribution Inc.* |

IT IS SO ORDERED this  28th  day of  July , 2020.

                                                THE HONORABLE JOHN MICHAEL VAZQUEZ
                                                UNITED STATES DISTRICT JUDGE